UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIO CESAR GUERRERO-GUTIERREZ,

    Defendant.

Case No. 2:15-mj-663-GWF

**ORDER**

    On November 25, 2015, defendant plead guilty to Count 1 of the Complaint. Defendant was ordered to pay a $500.00 fine and a $10.00 assessment.

    **IT IS HEREBY ORDERED** that the remaining balance of $20.00 is to be reimbursed to Julio Cesar Guerrero-Gutierrez, 2016 Spear St., North Las Vegas, NV 89030.

DATED this 1st day of August 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge