# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-mj-663-GWF |
| vs. | **ORDER** |
| JULIO C. GUERRERO-GUTIERREZ, | |
| Defendant. | |

On June 16, 2015, a $500.00 bond was posted on behalf of the defendant by Felipe Picos.

**IT IS HEREBY ORDERED** that the cash bond in the amount of $500.00 is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner, Felipe Picos, 284 Walnut Street, Shafter, CA 93263.

DATED this 5th day of March 2018.

GEORGE FOLEY, JR.
United States Magistrate Judge